

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-94,877-02

### EX PARTE EDDIE RAY CHARLES, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 16-DCR-075041B IN THE 400TH DISTRICT COURT FROM FORT BEND COUNTY

*Per curiam.* SLAUGHTER, J., filed a concurring opinion.

### OPINION

Applicant was convicted of continuous sexual abuse of a young child or children under 14 years of age and sentenced to 75 years' imprisonment. The First Court of Appeals affirmed his conviction. *Charles v. State,* No. 01-19-00725-CR (Tex. App.–Houston[1st Dist.], August 4, 2022) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied the opportunity to petition this Court for discretionary review because appellate counsel failed to timely notify him of his right to file a *pro se* PDR. We remanded this application to the trial court for development of the record.

The trial court has determined that appellate counsel failed to timely inform Applicant that he could file a *pro se* PDR. Therefore, Applicant should be allowed to file a *pro se* PDR.

We agree. Relief is granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997); *Ex parte Crow*, 180 S.W.3d 135 (Tex. Crim. App. 2005). Applicant may file an out-of-time petition for discretionary review of the judgment of the Court of Appeals in cause number 01-19-00725-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Applicant's remaining claims are dismissed.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Filed:             September 18, 2024
Do not publish